**Order entered February 2, 2021**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00983-CV

### IN RE C.D.C., Relator

**Original Proceeding from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-15-698**

### ORDER
Before Justices Pedersen, III, Carlyle, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for

writ of mandamus, and **DENY** the motion for emergency stay as moot.

/s/     CORY L. CARLYLE
        JUSTICE